# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2017

### NO. 03-15-00739-CV

**Matthew Grubb, Appellant**

**v.**

**Kellie Powell, Appellee**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on August 24, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.